UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID RENNIE,

                            Plaintiff,                          **ORDER**

          -against-                         **23-cv-4013 (VSB) (JW)**

TOP VIEW / GO NEW YORK TOURS,

                            Defendant.
------------------------------------------------------------------X

DAVID RENNIE,

                            Plaintiff,              **23-cv-5226 (VSB) (JW)**

          -against-

GO NEW YORK TOURS INC.,

                            Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      These actions have been referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. No. 25. All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Willis in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-jennifer-e-willis and also attached to this Order. This Court notes that Plaintiff is not currently represented by counsel (in other words, Mr. Rennie is proceeding *pro se*).

There were numerous filings in both actions before referral to this Court. In Case No. 1:23-cv-4013-VSB-JW (the "IP Infringement Action"), Defendant filed a Motion to dismiss the IP Infringement Action, including a request to consolidate the above captioned cases. Dkt. No. 16 ("Defendant's Motion to Consolidate"). Subsequently, Defendant filed a Motion for conference requesting the Court to intervene with respect to Plaintiff's filings. Dkt. No. 22 ("Defendant's Motion for Conference"). On September 8, 2023, Plaintiff filed a Motion for sanctions citing in part that Defendant had not yet produced discovery. Dkt. No. 26 ("Plaintiff's Motion for Sanctions"). On September 12, 2023, Defendant filed another letter motion for conference requesting to stay discovery pending a decision on dispositive motions. Dkt. No. 29 ("Defendant's Request to Stay Discovery").

In Case No. 1:23-cv-5226-VSB-JW (the "Removed Action"), Plaintiff previously filed a motion for sanctions and a motion for a protective order that were denied by District Judge Vernon S. Broderick on August 30, 2023. Dkt. No. 24. In the Removed Action, there is a pending Motion to Remand, Dkt. No. 7 ("Plaintiff's Motion to Remand"), and a pending Cross-Motion for Sanctions. Dkt. No. 11 ("Defendant's Cross-Motion for Sanctions").

This action is scheduled for a conference on **October 4, 2023 at 11:00 AM EST** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly. This conference will also serve as an initial scheduling and case management conference in accordance with Fed. R. Civ. P. 16

2

should the Court deny the request to stay discovery.  **Both parties should come to the conference ready to discuss (1) the proposed case management plans, (2) Plaintiff's Motion for Sanctions, (3) Defendant's Cross-Motion for Sanctions, (4) Defendant's Request to Stay Discovery, and (5) Defendant's Motion to Consolidate.**

By **September 27, 2023,** the parties are directed to each complete the Proposed Case Management Plan for Pro Se Cases available at https://nysd.uscourts.gov/hon-jennifer-e-willis.  Plaintiff should submit the Proposed Case Management Plan for Pro Se Cases to the Pro Se Intake Unit and Defendant should submit it via ECF and simultaneously mail a copy to Plaintiff. The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

Finally, to the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form available at https://nysd.uscourts.gov/hon-jennifer-e-willis and submit it via ECF.

SO ORDERED.

DATED:   New York, New York
         September 14, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge